## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-05553-ODW (Ex) | Date | February 9, 2026 |
|---|---|---|---|
| Title | *North Investment Limited Partnership et al v. Trinad Capital L.P. et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**

Presently before the Court is Defendant Robert S. Ellin; Trinad Capital GP, LLC; and Trinad Capital L.P.'s (the "Moving Defendants") Motion to Set Aside Default. (Dkt. No. 48.) On February 3, 2026, Plaintiffs filed their Second Amended Complaint. (Second Am. Compl., Dkt. No. 61.) "[T]he general rule is that an amended complaint super[s]edes the original complaint and renders it without legal effect." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012). As Plaintiffs' First Amended Complaint no longer has any legal function, Moving Defendants' default, which was based on the First Amended Complaint, is no longer effective. *See Trs. of Bakery v. Food for Life Baking Co.*, No. 2:24-cv-10501-SRM (ASx), 2025 WL 3248694, at *3–4 (C.D. Cal. Sept. 16, 2025) (denying as moot a motion to set aside default because the underlying default was non-existent after plaintiffs amended their pleading).

Thus, the Court **DIRECTS** the Clerk to set aside the defaults in this action as they are no longer effective. (Dkt. Nos. 35, 44.) Moving Defendants' motion to set aside is **DENIED AS MOOT**. (Dkt. No. 48.)

Moving Defendants shall file a response to the Second Amended Complaint no later than **FEBRUARY 25, 2026**. As to the Trinad Entities, their counsel's deadline to file a notice of appearance is hereby extended to **FEBRUARY 25, 2026**. (Dkt. No. 59.) Failure to follow these orders may result in the entry of defaults. As the docket still reflects Ethan Bearman as counsel for Ellin and the Trinad Entities, the Court **ORDERS** Bearman to serve a copy of this order on his former clients.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-05553-ODW (Ex) | Date | February 9, 2026 |
|---|---|---|---|
| Title | *North Investment Limited Partnership et al v. Trinad Capital L.P. et al* | | |

Finally, Plaintiffs shall serve the Second Amended Complaint on Defendant Panoptic Fund Administration, LLC no later than **MARCH 2, 2026**.

**IT IS SO ORDERED**.

_____ : ___00___

Initials of Preparer    SE